**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

--------------------------------------------------------------------X

B.H, an individual;

     Plaintiff,

v.              Civil Action No.: 3:19-cv-03442


CHOICE HOTELS INTERNATIONAL INC.

     Defendant.

--------------------------------------------------------------------X

<u>**STIPULATED NOTICE OF DISMISSAL**</u>

  The parties, by and through their undersigned attorneys, hereby agree to dismiss this case

without prejudice pursuant to Fed. R. Civ.P. 41(a)(1)(A)(ii). Each party to bear their own costs.


| | |
|---|---|
| MORGAN & MORGAN, PA. | NELSON MULLENS RILEY & SCARBOROUGH, LLP |

By: */s/ Dylan Bess*        By: */s/ John F. Kuppens*

 Dylan Bess           John F. Kuppens
 ID No. 13114          Federal Bar No. 5026
 Morgan & Morgan Atlanta PLLC    Email: john.kuppens@nelsonmullins.com
 191 Peachtree Street, Suite No. 4200   Jay T. Thompson
 Atlanta, GA 30303        Federal Bar No. 09846
 (404) 965-1886         Email: jay.thopmson@nelsonmullins.com
              1320 Main Street, 17th Floor
              P.O. Box 11070 (29211-1070)
              Columbia, SC 29201
              (803) 799-2000

BAKER, DONELSON, BEARMAN,
CALDWELL, & BERKOWITZ, PC
Sara M. Turner
*Admitted Pro Hac Vice*
Email: smturner@bakerdonelson.com
420 20th Street North, Suite 1400
Birmingham, AL 35203-5202

*Attorneys for Defendant*
*CHOICE HOTELS INTERNATIONAL, INC.*